IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED THERMAL INDUSTRIES, INC., )<br>)<br>Defendant. ) | Case No. 09-cv-356-JPG-SCW |

### DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff Trustees of Central Laborers' Pension, Welfare & Annuity Funds and against defendant, United Thermal Industries, Inc., in the amount of Four Thousand Three Hundred Eighty Seven Dollars and Seventy Four Cents ($4,387.74), plus One Thousand Five Hundred Thirty Six Dollars ($1,536.00) in attorney's fees and court costs for a total judgment of Five Thousand Nine Hundred Twenty Three Dollars and Seventy Four Cents ($5,923.74).

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: January 14, 2011**          s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**