**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

TRUSTEES OF CENTRAL LABORERS'   )
PENSION, WELFARE & ANNUITY FUNDS,   )
                               )
       Plaintiff,                )
                               )
vs.                             )     Case No. 09-cv-356-JPG-SCW
                               )
UNITED THERMAL INDUSTRIES, INC.,   )
                               )
       Defendant.           )

### JUDGMENT

This matter having come before the Court, the defendant having satisfied its debt

to the plaintiff,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.


                                   **NANCY J. ROSENSTENGEL, CLERK**


**Date:  May 12, 2011**              <u>s/Brenda K. Lowe, Deputy Clerk</u>



**Approved:**   <u>s/ J. Phil Gilbert</u>
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**